■ CECELIA K. WALZER v. LEON M. LABES.— Motion for a stay denied. Concur — Botein, P. J., Valente, Stevens and Eager, JJ.

■ 14 SECOND AVENUE REALTY CORP. v. ANNE STEVEN CORP. ANNE STEVEN CORP. v. 14 SECOND AVENUE REALTY CORP. et al.— Motion to dispense with printing granted insofar as to dispense with the printing in the record on appeal of the exhibits on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ In the Matter of LOPEZ CAPO v. FLORENCE KELLEY, as Presiding Justice of Children's Court Division.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before January 9, 1962, with notice of argument for the February 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN SIMONETTI.— Motion to dismiss appeal granted. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ LEON FOSTON v. QUINCY COMPRESSOR Co. et al. (Three Actions.) — Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 6, 1962, with notice of argument for the March 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. BURTON N. PUGACH.— Motion for an assignment of counsel granted to the extent of assigning Frances Kahn, Esq., of 401 Broadway, New York, N. Y., as counsel for the limited purpose of representing and assisting defendant in connection with the renewal of his motion for leave to appeal as a poor person. Appellant's time to perfect his appeal is enlarged to the February 1962 Term of this court. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. FREDDIE BROWN. (B) THE PEOPLE OF THE STATE OF NEW YORK v. BENEDETTO ROMEO. (C) THE PEOPLE OF THE STATE OF NEW YORK v. MANUEL JIMENEZ.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.